JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICIA ROSALES,  ) No. CV 12-3679 MMM (FFM)
       Plaintiff,  ) JUDGMENT OF REMAND
   v.  )
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
       Defendant.  )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed concurrently herewith.

DATED: September 30, 2013

                                                                     */s/ Margaret M. Morrow*
                                                              MARGARET M. MORROW
                                                             United States District Judge